UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK SPITZBARTH,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>CACH, LLC,<br><br>　　　　　　　　　Defendant. | CASE NO. 12CV2885-L<br><br><br>NOTICE OF HEARING |

　　　Please take notice that the above-entitled action has been placed on the calendar of the Honorable M. JAMES LORENZ on 7/22/2013 at 11:00 AM, in courtroom 5B, at:

　　　__X__　U.S. District Courthouse, Schwartz,  221 West Broadway, San Diego, CA

　　　_____　U.S. District Courthouse, Annex, 333 West Broadway, San Diego, CA

__XX__　**FOR DISMISSAL FOR WANT OF PROSECUTION** under Local Rule 41.1 which provides that actions or proceedings which have been pending in this court for more than six months, without any proceeding having been taken therein during such period, may be dismissed by the court without prejudice, unless otherwise ordered.

__XX__　**FOR DISMISSAL FOR WANT OF PROSECUTION** under Rule 4(m) of the Federal Rules of Civil Procedure which provides that an action be dismissed as to all named defendants not served with the summons and complaint within 120 days of the filing date, absent a showing of good cause why such service was not made.  The filing of a proof of service, showing that service was accomplished within 120 days of the filing date, seven (7) days prior to the above hearing date shall result in the removal of this matter from the court's calendar.

_____　**FOR DISMISSAL FOR FAILURE TO MOVE FOR DEFAULT JUDGMENT** under Local Rule 55.1 for failure to move for default judgment within thirty (30) days of the entry of a default.

　　　　　　　　　　　　　　　　　　　　　W. SAMUEL HAMRICK, JR., CLERK


　　　　　　　　　　　　　　　　　　by:　　S. Michele
　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy
　　　　　　　　　　　　　　　　　　　　　619-557-6414